# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

JAMES KEEL            PETITIONER

v.            No. 3:19CV125-GHD-RP

WARDEN JOSH DAVIS, ET AL.            RESPONDENTS

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the State's motion to dismiss is **GRANTED**, and the instant petition for a writ of *habeas corpus* is **DISMISSED** with prejudice and without evidentiary hearing as untimely filed under 28 U.S.C. § 2244(d).

**SO ORDERED**, this, the 23rd day of September, 2020.

_____
SENIOR UNITED STATES DISTRICT JUDGE